Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:07-cr-00449-MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| Jasmin Butts, et. al. | ) Court: Hon. Morrison C. England ) Time: 9:00 a.m. ) Date: July 3, 2008 |
| Defendants | |

Defendant Jasmin Butts, Darcell Epps and Tiffany Pippins, by and through their undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon hereby agree and stipulate that the status conference previously scheduled for June 12, 2008 be continued to July 3, 2008. The defendants are charged in an indictment alleging eight counts of a violations of 18 U.S.C. §371 – Conspiracy; 18 U.S.C. § 1344(2) – Bank Fraud and 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft. All parties agree that it is an appropriate exclusion of time to allow counsel to continue their negotiations in order to resolve this matter. The parties are involved in defense investigation, as well as negotiations and the defendant request that the current status conference be continued to July 3, 2008, and that date is available with the Court.

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: June 9, 2008          Respectfully submitted,


                             __/s/ Shari Rusk___
                             Shari Rusk
                             Attorney for Defendant
                             Jasmin Butts

                             /s/ Krista Hart
                             Krista Hart
                             Attorney for Defendant
                             Tiffany Pippins

                             /s/ Tim Warriner
                             Attorney for Defendant
                             Darcell Epps


                             /s/ Kyle Reardon
                             Assistant United States Attorney


**ORDER**

IT IS SO ORDERED. The Court finds excludable time through July 3, 2008, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: June 10, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE