Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
DARCELL EPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DARCELL EPPS, *et al.*, ) <br> ) <br> Defendants. ) <br>  _____ ) | No. CR S 07 0449 MCE <br><br> STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCE OF DARCELL EPPS |

The parties hereby stipulate to the following:

1. The present date for the pronouncement of judgment and sentence of Darcell Epps is September 11, 2008.

2. In order to provide additional time for the defendant to meet with the probation officer and provide materials to the probation officer, is requested that judgment and sentence be continued to **October 9, 2008.** It is further requested that the court adopt the following schedule concerning completion of the presentence report:

| | |
|---|---|
| Motion for correction of the presentence report filed/served: | October 2, 2008 |
| Presentence report filed with court and disclosed to counsel: | September 25, 2008 |
| Written objections to the presentence report delivered to probation officer and counsel: | September 18, 2008 |
| Proposed presentence report disclosed to counsel: | September 4, 2008 |

1

DATED: July 11, 2008    /s/ Tim Warriner
Attorney for defendant, DARCELL EPPS

DATED: July 11, 2008    /s/ Kyle Reardon
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentence date for Darcell Epps of September 11, 2008 be vacated and that judgment and sentence shall take place on October 9, 2008 at 9:00 a.m. The court adopts the schedule concerning the presentence report as set forth in paragraph 2 of the stipulation.

Dated: July 22, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE