Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
DARCELL EPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07 0449 MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCE OF DARCELL EPPS |
| v. | ) ) ) | |
| DARCELL EPPS, *et al.*, | ) ) | |
| Defendants. | ) ) | |

The parties hereby stipulate to the following:

In order to provide additional time for the defendant to provide materials to the probation officer, is requested that judgment and sentence be continued to **November 20, 2008.** It is further requested that the court adopt the following schedule concerning completion of the presentence report:

| | |
|---|---|
| Motion for correction of the presentence report filed/served: | November 13, 2008 |
| Presentence report filed with court and disclosed to counsel: | November 6, 2008 |
| Written objections to the presentence report delivered to probation officer and counsel: | October 30, 2008 |
| Proposed presentence report disclosed to counsel: | October 16, 2008 |

1

DATED: October 6, 2008  /s/ Tim Warriner
Attorney for defendant, DARCELL EPPS

DATED: October 6, 2008  /s/ Kyle Reardon
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentence date for Darcell Epps be continued to November 20, 2008 at 9:00 a.m. The court adopts the schedule concerning the presentence report as set forth in the stipulation of the parties.

Dated: October 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE