UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 21, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DARCELL EPPS,<br>    Defendant. | CASE NUMBER: 2:07-cr-00449-MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Darcell Epps</u>; Case <u>2:07-cr-00449-MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__ Release on Personal Recognizance

  __ Bail Posted in the Sum of _____

  __ Unsecured Appearance Bond in the amount of $

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond secured by Real Property

  __ Corporate Surety Bail Bond

  __X__ (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on __12/21/11__ at __2:17 p.m__

By _____
Carolyn K. Delaney
United States Magistrate Judge